**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00277-MSK

U.S. BANCORP INVESTMENTS, INC. ,

    Plaintiff,

v.

WAYNE TIMOTHY ROYS ,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER APPROVING APPLICATION AND DIRECTING CLERK TO ENTER JUDGMENT of Chief Judge Marcia S. Krieger entered on April 4, 2014 it is

ORDERED that Plaintiff U.S. Bancorp Investments, Inc. recover from the Defendant Wayne Timothy Roys the amount of Four Hundred Seventy-two Thousand Seven Hundred Fifty-eight dollars and thirty-nine cents ($472,758.39). Post-judgment interest shall run at the rate of .13%.

The Plaintiff is Awarded costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P.54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 7th day of April, 2014.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

               By:  s/   K Lyons

                          K Lyons
                          Deputy Clerk